**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
TIMOTHY SPINDLER,

                Plaintiff,                24 **CIVIL** 7556 (ER)(GWG)

      -v-                                   **JUDGMENT**

CAROLYN COLVIN,
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated December 16, 2024, that the final decision of the Commissioner be reversed, and the above-captioned action be remanded to the Commissioner of Social Security for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). The parties also consent to the entry of a judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**Dated:**  New York, New York

       December 17, 2024

                                                  **TAMMI M. HELLWIG**
                                                     Clerk of Court

                                **BY:**
                                                      **Deputy Clerk**